AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Louisiana

| | | |
|---|---|---|
| MIDSOUTH SB III, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:19-cv-00483-JWD-EWD |
| MALL OF LOUISIANA, LLC, GENERAL GROWTH PROPERTIES, INC., AKA GENERAL GROWTH SERVICES, INC. OR GENERAL GROWTH MANAGEMENT, INC., & BROOKFIELD PROP. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  General Growth Properties, Inc., AKA General Growth Services, Inc., or General
Growth Management, Inc.
Registered Agent: Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ann R. Chandler
PITTMAN, ROBERTS & WELSH, PLLC
P. O. Box 22985
Jackson, MS  39225-2985

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

\* Amended Complaint



Michael L. McConnell
*CLERK OF COURT*

Date: _August 02, 2019_                                    _Kassi Wilcox_
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-00483-JWD-EWD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GENERAL GROWTH PROPERTIES, INC. AKA GENERAL GROWTH SERVICES, INC., OR GENERAL GROWTH MANAGEMENT, INC. c/o Corporation Service Company, Registered Agent was received by me on *(date)* Aug 5, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PAM WAGUESPACK, FRONT DESK RECEPTIONIST , who is designated by law to accept service of process on behalf of *(name of organization)* GENERAL GROWTH PROPERTIES, INC. AKA GENERAL GROWTH SERVICES, INC., OR GENERAL GROWTH MANAGEMENT, INC. c/o Corporation Service Company, Registered Agent on *(date)* Wed, Aug 07 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8/14/2019

_____
*Server's signature*

Val Thierry
_____
*Printed name and title*

Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437
(601)800-2004
_____
*Server's address*